

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **SACR18-00048 DFM**    Defendant Number ___1___

U.S.A. v. JOSEPH ALVAREZ                Year of Birth _____1968_____

[✓] Indictment        [ ] Information    Investigative agency (FBI, DEA, etc.) ___U.S.D.L. - OIG___

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[✓] Class B Misdemeanor    [ ] Class C Misdemeanor    [ ] Felony

b. Date of Offense   at all times relevant to this information

c. County in which first offense occurred

_____ Orange _____

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

| | |
|---|---|
| [ ] Los Angeles | [ ] Ventura |
| [✓] Orange | [ ] Santa Barbara |
| [ ] Riverside | [ ] San Luis Obispo |
| [ ] San Bernardino | [ ] Other _____ |

Citation of Offense   29 U.S.C. § 207(a)(1), 215(a)(2), 216(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No    [ ] Yes

IF YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   N/A

Case Number _____

Charging _____

The complaint:   [ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No    [✓] Yes

IF YES, provide Name:  Francis E. Quinlan

Phone Number:  949-854-7000

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    [ ] Yes        [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*        [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*        [ ] No

FILED
2018 MAR -9  PM 12:50

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes          [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     [ ] YES     [✓] NO

IF YES, list language and/or dialect:

_____

## OTHER

[✓] Male          [ ] Female

[✓] U.S. Citizen     [ ] Alien

Alias Name(s) _____

This defendant is charged in:     [✓] All counts

[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          [ ] Yes     [✓] No

IF YES, should matter be sealed?   [ ] Yes     [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud     [ ] public corruption

[ ] government fraud          [ ] tax offenses

[ ] environmental issues       [ ] mail/wire fraud

[ ] narcotics offenses         [ ] immigration offenses

[ ] violent crimes/firearms     [ ] corporate fraud

[✓] Other   failure to pay overtime wages

_____

### CUSTODY STATUS

**Defendant is not in custody:**

a. Date and time of arrest on complaint: _____ N/A _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?     [ ] Yes          [ ] No

d. Is on bail or release from another district:

_____

**Defendant is in custody:**

a. Place of incarceration:     [ ] State     [ ] Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

d. [ ] Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:     [ ] Yes          [ ] No

   IF YES :   [ ] State     [ ] Federal     [ ] Writ of Issue

f. Awaiting trial on other charges:     [ ] Yes     [ ] No

   IF YES :   [ ] State     [ ] Federal     AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.     20          21          40

---

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date   03/08/2018

Signature of Assistant U.S. Attorney
DANIEL H. AHN
Print Name