# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: SACR18-00048-DFM    Date: March 26, 2018

Present: The Honorable Douglas F. McCormick,  ☐ District Judge / ☑ Magistrate Judge

| Nancy Boehme | CS 03/26/2018 | n/a | Daniel Lim |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**  |  **ATTORNEYS PRESENT FOR DEFENDANTS**

JOSEPH ALVAREZ    ☐ Custody ☑ Bond ☐ O/R    Francis E. Quinlan, Jr.    ☐ Appointed ☑ Retained

☐ Custody ☐ Bond ☐ O/R    ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R    ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R    ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R    ☐ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA - Class B Misdemeanor

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 1 of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to August 27, 2018, at 11:00 a.m. for sentencing.
☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____ .
☐ Court orders:

☐ Other:

:  26

Initials of Deputy Clerk  nb

cc:   Probation Office

CR-08 (09/09)    **CRIMINAL MINUTES - CHANGE OF PLEA**