NEWMEYER & DILLION LLP
FRANCIS E. QUINLAN, CBN 84690
Francis.Quinlan@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant
JOSEPH ALVAREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSEPH ALVAREZ,<br><br>            Defendant. | CASE NO.:        SA CR 18-00048<br>TIME:              11:00AM<br>DEPT:              B6<br>JUDGE:   Hon. Douglas F. McCormick<br><br>**REQUEST OF DEFENDANT ALVAREZ FOR AUTHORITY TO TRAVEL; AND PROPOSED ORDER OF COURT**<br><br>FILE DATE:<br>TRIAL DATE SET:    No Date Set |

        Defendant Joseph Alvarez respectfully submits this request for authorization to travel with his family to The Philippines in July 21, 2018 and offers the following itinerary and traveler details:

- Purpose of the Trip: Attend a family reunion with elderly relatives in Davao City, The Philippines.
- Point of Departure, LAX Los Angeles, CA 12:30 PM Philippine Airlines flight PR 113, July 21, 2018
- Arrival: Manila, Philippines 18:25 + 1 day
- Depart: Ninoy Aquino International Airport, Manila, 11:25 am August 14,

NEWMEYER & DILLION LLP

1   2018,

2   • Arrival: LAX Los Angeles, CA, 10:00 pm, August 14, 2018, Final return.

3   Flight PR 112 Philippine Airlines.

4   • Names of Alvarez family travelers:

5   o Marian Mejia

6   o Gabrielle Alvarez

7   o Charlize Alvarez

8   o Phoebe Alvarez

9   • Address while in The Philippines during the family reunion:

10   o 64 Agusan Circle, Insular Village Phase 1, Lanang, Davao City,

11   Philippines

12   o 117 Madrigal Ave., Ayala Alabang Village, Muntinlupa City

13   • Local Contact Information:

14   o Iderlina Alvarez – 011-632-850-6142

15   • Attached as Ex. 1 is a copy of defendant's airline reservation confirmation.

16

17

18   Dated:   June 7th, 2018                NEWMEYER & DILLION LLP

19

20   By:   */s/ Francis Quinlan*
      Francis E. Quinlan
21   Attorney for defendant JOSEPH
      ALVAREZ

22

23

24

25

26

27

28

REQUEST OF DEFENDANT ALVAREZ FOR
AUTHORITY TO TRAVEL

NEWMEYER & DILLION LLP

## ORDER ON REQUEST

The court having been orally advised in a prior hearing of the defendant's desire to travel for the stated purpose, and having instructed counsel to file a request for an order authorizing such travel, and no objection having been submitted by the prosecution, the court hereby orders: Defendant Alvarez' request for authorization to travel as described in the within request is granted and Pretrial Services is directed to return defendant's passport forthwith. Defendant Alvarez may travel as requested and is further authorized to make adjustments in travel dates if required by airline scheduling and maintenance, and otherwise must report on his return not later than _____2018 to Pretrial Services, and again surrender his passport until such time as the court orders its return to Mr. Alvarez after sentencing.

IT IS SO ORDERED.

Dated: _____, 2018

_____
Hon. Douglas F. McCormick

# Exhibit 1

## 21 JUL 2018 ▶ 14 AUG 2018 TRIP TO **MANILA, PHILIPPINES**

PREPARED FOR
**MR JOSEPH ALVAREZ**
**MS MARIAN MEJIA**
**MS GABRIELLE ALVAREZ**
**MIST CHARLIZE ALVAREZ**
**MIST PHOEBE ALVAREZ**



RESERVATION CODE   IPJMOO

 DEPARTURE: **SATURDAY 21 JUL** ▶ ARRIVAL: **SUNDAY 22 JUL**
Please verify flight times prior to departure

| PHILIPPINE AIRLINES **PR 0113** | LAX LOS ANGELES, CA | ▶ MNL MANILA, PHILIPPINES | Aircraft: AIRBUS INDUSTRIE A343 JET |
|---|---|---|---|
| Duration: 14hr(s) 55min(s) | Departing At: **12:30** **(Sat, Jul 21)** | Arriving At: **18:25** **(Sun, Jul 22)** | Distance (in Miles): 7305 Stop(s): 0 |
| Class: Economy | Terminal: TOM BRADLEY INTL TERM | Terminal: TERMINAL 1 | Meals: Meals |
| Status: Confirmed | | | |

| Passenger Name: | Seats: | eTicket Receipt(s): |
|---|---|---|
| » Mr Joseph Alvarez | 47E / Confirmed | 0792176998856 |
| » Ms Marian Mejia | 47F / Confirmed | 0792176998857 |
| » Ms Gabrielle Alvarez | 47G / Confirmed | 0792176998858 |
| » Mist Charlize Alvarez | 47H / Confirmed | 0792176998859 |
| » Mist Phoebe Alvarez | 47K / Confirmed | 0792176998860 |

 DEPARTURE: **TUESDAY 14 AUG** Please verify flight times prior to departure

| PHILIPPINE AIRLINES **PR 0112** | MNL MANILA, PHILIPPINES | ▶ LAX LOS ANGELES, CA | Aircraft: BOEING 777 JET |
|---|---|---|---|
| Duration: 13hr(s) 35min(s) | Departing At: **11:25** | Arriving At: **10:00** | Distance (in Miles): 7305 Stop(s): 0 |
| Class: Economy | Terminal: TERMINAL 2 | Terminal: TOM BRADLEY INTL TERM | Meals: Meals |
| Status: Confirmed | | | |

| Passenger Name: | Seats: | eTicket Receipt(s): |
|---|---|---|
| » Mr Joseph Alvarez | 52H / Confirmed | 0792176998856 |
| » Ms Marian Mejia | 52J / Confirmed | 0792176998857 |
| » Ms Gabrielle Alvarez | 52K / Confirmed | 0792176998858 |
| » Mist Charlize Alvarez | 53H / Confirmed | 0792176998859 |
| » Mist Phoebe Alvarez | 53K / Confirmed | 0792176998860 |