AUSA DANIEL H. AHN (Cal. Bar No. 235023)
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
Telephone: (714) 338-3539; Fax: (714) 338-3561
Email: daniel.ahn@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. JOSEPH ALVAREZ, DEFENDANT(S). | CASE NUMBER: SA CR 18-48-DFM<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

UNDER SEAL DOCUMENTS

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other  UNDER SEAL DOCUMENTS

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required ( *reason* ):

August 3, 2018                                        DANIEL H. AHN
Date                                                  Attorney Name

                                                      UNITED STATES OF AMERICA
                                                      Party Represented

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                    NOTICE OF MANUAL FILING