NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DANIEL H. AHN (Cal. Bar No. 235023)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3539
     Facsimile: (714) 338-3561
     Email:    daniel.ahn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 18-48-DFM |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JOSEPH ALVAREZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the sentencing date for defendant JOSEPH ALVAREZ in the above-captioned case is CONTINUED to _____ [October 29, 2018,] at _____ [11:00 a.m.] a.m./p.m.

IT IS SO ORDERED.

Dated: _____         _____
                               HONORABLE DOUGLAS F. MCCORMICK
                               UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Orange County, California.  I am over 18 years of age, and I am not a party to the above-entitled action.  My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made.  On this date, **August 22, 2018**, I served a copy of the foregoing document(s), described as follows: **PROPOSED ORDER** in the following manner:

☐     by placing a true copy in a sealed envelope, addressed to the person specified below, and placing it for interoffice delivery within the courthouse:

☐     by placing the document in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

☐     by fax to the person and fax number specified below:

☒by e-mailing a pdf. version of the document to the e-mail address specified below:

**Eunice_Habig@cacp.uscourts.gov, Probation Officer**

I declare under penalty of perjury that the foregoing is true and correct, executed on **August 22, 2018**, at Santa Ana, California.

_/s/ _____  _____
Linda Lewis