UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SACR 18-00048-DFM                               Date: January 29, 2019

Present: The Honorable: Douglas F. McCormick, United States Magistrate Judge

Interpreter: None

| Denise Vo | CS 01/29/2019 | Daniel Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Joseph Alvarez | X | | X | Francis E. Quinlan | X | | X |

**Proceedings:** Sentencing

Cause called and counsel make their appearances. The Court's tentative sentencing memorandum is issued. Counsel makes their argument.

The Court recesses for U.S. Probation Officer to appear.

The Court resumes with Eunice Habig, U.S. Probation Officer, present.

The Court ordered the sentencing hearing continued to Wednesday, March 6, 2019, at 9:00 a.m. The Court further ordered defense counsel to file an objection(s) to the sentencing memorandum within fourteen (14) days of today's date. Any additional sentencing position shall be filed at least three (3) days prior to the continued hearing date.

Defendant shall remain on bond on the same terms and conditions as previously imposed. Defendant is ordered to return for sentencing hearing without further order of the Court.

Cc: USPO
    PSA

:18
Initials of Deputy Clerk   dv