

NEWMEYER & DILLION LLP
ATTORNEYS AT LAW

FRANCIS E. QUINLAN
Francis.Quinlan@ndlf.com

February 8, 2019

Hon. Douglas F. McCormick
United States Magistrate Judge
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street, Suite 4170
Santa Ana, CA 92701-4597

      Re:    ALVAREZ, JOSEPH
              Docket No. 0973 8:18CR00048-1

Dear Judge McCormick:

      In light of the court's Tentative Sentencing Memorandum, which includes consideration of incarceration of Mr. Alvarez for a period of three months, the defendant respectfully requests the court consider the attached letters obtained in support of Mr. Alvarez and addressing the effects of incarceration with respect to Mr. Alvarez, his family and the caregiving businesses that he administers. Although some of the writers address the question of whether any of the caregivers were coerced into paying money back to the limited liability company of which they were members, it is not the defendant's intent to argue that issue. He recognizes the seriousness of the mistake he made in reversing the payments and has accepted the U.S. Attorney's recommendation for sentencing without challenge. For that reason, he did not submit a sentencing memorandum, but one will be submitted in brief under separate cover along with the court-ordered objection to the probation officer's sentencing recommendation to the court.

      Attached are copies of letters from the following individuals, who are described by name with a brief statement of their relationship to Mr. Alvarez and the caregiving entities:

**1.**      **Letter from Clinton L. Hubbard, Esq.**

      Mr. Hubbard is civil counsel for Joseph Alvarez and the Agape Cottage Care LLC which is the subject of the Department of Labor proceedings. Mr. Hubbard represented Mr. Alvarez and the LLC throughout the proceedings and his letter provides background information that may be useful to the court in making a final sentencing decision.

1333 N. CALIFORNIA BLVD
SUITE 600
WALNUT CREEK, CA 94596
T 925 988 3200
F 925 988 3290

895 DOVE STREET
5TH FLOOR
NEWPORT BEACH, CA 92660
T 949 854 7000
F 949 854 7099

3800 HOWARD HUGHES PKWY
SUITE 700
LAS VEGAS, NV 89169
T 702 777 7500
F 702 777 7599

Hon. Douglas F. McCormick
February 8, 2019
Page 2

2. **Letter from Randall Mah**

Mr. Mah is the accountant to Mr. Alvarez and the caregiving homes originally held in LLC ownership. Mr. Mah provides detailed information concerning how he advised and assisted Mr. Alvarez with the LLC system of managing the care homes. The court will note that Mr. Mah met Mr. Alvarez at a church function and his letter, as well as those of many of the others attached hereto, have a church and religious background connection.

3. **Letter from Steven Martinson**

Mr. Martinson writes as a peer care home owner and operator of elder care homes. He notes the dichotomy between the state and federal laws, including internal to the state of California between the Franchise Tax Board and the Department of Social Services, although Mr. Martinson does not mention that there was an audit by the California Department of Social Services which did not result in a negative finding against the care homes operated under Mr. Alverez' administration. Note for the court that Mr. Alvarez holds the formal license of Administrator, which is required by the Department of Social Services.

4. **Letter from Ron Ovadia, PhD**

Mr. Ovadia is a public relations individual who did some work for the care homes administered by Mr. Alvarez. Mr. Ovadia offers his personal opinion that Mr. Alvarez has expressed publicly his remorse.

5. **Letter from Gideon Limpado**

Mr. Limpado is a caregiver and one of the members of the Agape LLC. He offers some insight into the character and attitude of Mr. Alvarez towards the caregiving responsibilities he undertook as Administrator.

6. **Letter from Rowena P. Hilario**

Ms. Hilario is a former Agape caregiver and she offers her view of Mr. Alvarez' character.

7. **Letter from Remigio Villanueva**

Mr. Villanueva was also an Agape caregiver and he offers character insight to Mr. Alvarez' sense of humanity and responsibility.

8. **Letter from Rowel Rivera**

Ms. Rivera writes as a friend and fellow caregiver in support of Mr. Alvarez and offers insight into Mr. Alvarez' character and family responsibility.

Hon. Douglas F. McCormick
February 8, 2019
Page 3

9.   **Letter from Vener Supan**

Mr. Supan is a caregiver with Agape and he writes to attest to the character of
Mr. Alvarez.  In particular, his generosity in loaning money to assist Mr. Supan
and other caregivers when they were in need.

10.   **Letter from Maruja Camillon**

Ms. Camillon is an Agape caregiver also, and she writes about Mr. Alvarez' offer
of financial assistance when she and her family were harmed by typhoon Yolanda
in the Philippines.  She offers insight into Mr. Alvarez' character.

11.   **Letter from Conrado Santa Cruz**

Mr. Santa Cruz is also a caregiver and he writes of his friendship with
Mr. Alvarez and Mr. Alvarez' concern for the welfare of those for whom he is
responsible as an administrator.

12.   **Letter from Marian Mejia**

Marian Mejia is the spouse of Joseph Alvarez.  She has three children by
Mr. Alvarez and offers the expected concern of a mother and a wife at the
prospect of her husband's incarceration.  She speaks also to the family nature of
the caregiver group and the ways in which Mr. Alvarez works to administer them
in a human and beneficial way, almost as a caregiver himself to his fellow
caregivers.  Ms. Mejia also notes that some of the types of residents of the homes
are people with significant injuries such as brain damage and other physical
limitations.  She also notes that the caregiving homes have taken in homeless
people.

13.   **Letter from Lonnie Fischer**

Lonnie Fischer is a co-administrator with Mr. Alvarez and as such, he holds a
license that places him in the same position and responsibility to oversee care
homes and those who work in them.  Mr. Fischer refers to Mr. Alvarez as his
"business partner."  I have spoken to Mr. Fischer twice concerning the exact
nature of the relationship and the fact that he is licensed as a home administrator.
Mr. Fischer also told me, although he didn't mention in his letter to the court, that
the substantial sum of money that he was paid under the Department of Labor
agreement, he believed was not owed to him because he functioned as a licensed
administrator and more as an informal partner of Mr. Alvarez.  Under the separate
cover of the objection to the probation officer's sentencing memorandum, further
note will be taken of the sums of money paid out of the limited liability company
in the years 2014 and 2015 back to the listed members as the LLCs were closed to

Hon. Douglas F. McCormick
February 8, 2019
Page 4

conform to the Department of Labor's characterization of the members as employees.

**14.     Letter from Jeffrey Turcotte**

Mr. Turcotte is a fellow church member in Irvine and he speaks of Mr. Alvarez' character and how Mr. Alvarez had represented his intent in administering the care homes in a family-like and loving manner

The court is requested to consider these statements as independent products.  The undersigned did not play any part in obtaining them, other than to give Mr. Fischer the address to address his letter to the court.  Mr. Hubbard assisted with obtaining and forwarding some of the letters to the undersigned so that they may all be put together and provided to the court in an efficient and orderly fashion.  Mr. Alvarez was cautioned not to speak to any of the caregivers in such a manner as to suggest what they should say and he understood and I believe he complied in obtaining letters that read as though they are unforced.

Respectfully submitted,

Francis E. Quinlan

FEQ

cc:     Daniel Ahn, Esq., Assistant US Attorney

# LAW OFFICES OF CLINTON L. HUBBARD

ATTORNEY AT LAW
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 475-4480
FACSIMILE: (949) 475-4484
Clint@chubbardlaw.net

February 6, 2019

Honorable Douglas F. McCormick
United States Magistrate Judge
UNITED STATES COURTHOUSE
Santa Ana, California 92701

      **Re:  Alvarez, Joseph**
         **Docket No. 0973 8:18CR00048-1**

Dear Judge McCormick:

This letter is in response to the request of counsel for Joseph ("Joey") Alvarez to shed light on the Department of Labor ("DOL") proceedings which resulted in a Back Wage Compliance and Payment Agreement on March 31, 2015 (the "Order") between the DOL and Agape Cottage Care LLC (the "Agape LLC"). As discussed below, I was retained to represent Agape LLC in the DOL matter.

As a matter of background, Agape LLC was formed on January 1, 2012, consisting of members providing care for the elderly residing in several assisted living facilities. This business structure was based on Joey's desire to have caregiver's own and operate their own business rather than the traditional minimum wage employment relationship prevalent in assisted living facilities. The caregivers reside in the facility, usually a residential house converted to provide room and board for 6 residents and the caregivers.

Agape LLC was a business model whereby caregivers owned their business, which promoted better service for the elderly residents, and greater retention over the normally high turnover with employees in this industry. Agape LLC was formed under the guidance of Joey's accountant with no lawyer involvement. Joey owned just a 2% interest in Agape LLC, and he was paid a fee to provide the facility, supplies and licensing under a written Management Services Agreement.

In January 2014 the DOL gave notice of its investigation of Agape LLC. We provided the investigator with all documents relating to the formation of Agape LLC, profit and loss statements for 2012 and 2013, and all K-1 statements given to the caregivers for income based on their respective ownership interests. Agape LLC and its owner members had filed their tax returns as a limited liability company, and its member caregivers based on their K-1 profit distributions.

Honorable Douglas F. McCormick
Re: Alvarez, Joseph/Docket No. 0973 8:18CR00048-1
February 6, 2019
Page 2

The DOL refused to accept a limited liability company with owner members' as caregivers. After 15 months of investigation and discussions, in May of 2015 the DOL ordered that Agape LLC was an "employer", and therefore was liable for wage and hour violations to its members as "employees". In other words, the members of Agape LLC were required to pay to themselves the amounts ordered by DOL due each member for back wages, even though such members/"employees" had also received profit distributions as owners of Agape LLC during the relevant time period. Due to the DOL ruling, Agape LLC was formally dissolved in 2015.

Almost 18 months after the DOL Back Wage Order, a former member of Agape LLC filed suit in the Orange County Superior Court on October 14, 2016. Rohna Ramos brought a class PAGA action, contending that the members had been "coerced" into returning the back wages awarded by the DOL to their company Agape LLC. Again, the DOL had ruled that Agape LLC was an "employer", and its members were its "employees" rather than owners. Under the DOL Order, the members of Agape LLC owed themselves the back wages.

Agape LLC had around 18 members. After a year, Ms. Ramos and her counsel were unable to get a single member of Agape LLC to join in the class action. Mr. Alvarez paid Ramos the $18,602.46 ordered by the DOL for back wages with interest and costs by settlement, and the case was dismissed in early 2018.

The Ramos' lawsuit caused me to investigate whether Mr. Alvarez had coerced or wrongfully influenced any of the members of Agape LLC to return back wages awarded to such members by the DOL as "employees" of Agape LLC. My investigation revealed that the contested allegations of Ms. Ramos in her lawsuit was the only claim in this regard. I am not aware of any written statements with a claim of coercion or undue influence made by Agape LLC members regarding the DOL back wage award, with the exception of Ms. Ramos.

While representing the Agape LLC, I got to know Joey and his wife Marian. I was impressed by their devotion to quality care for the elderly residents in Agape LLC facilities. I was also exposed to their relationships with the caregivers who owned Agape LLC. It was a "family" atmosphere, in large part due to the fact that the members were respected as critical to the goal of quality care of those that need it daily – a difficult and demanding task. Simply put, the members were owners of Agape LLC and never treated as replaceable minimum wage "employees", and they never left Agape LLC. After Agape LLC dissolved, Mr. Alvarez assisted its members in obtaining their own licenses for their own care facilities.

Respectfully,

Clinton L. Hubbard

CLH:mg

February 3, 2019

Honorable Douglas F. McCormick
United States Magistrate Judge
United States Court House
Santa Ana, California 92701

                                      Re: ALVAREZ, Joseph
                                        Docket No. 0973 8:18CR00048-1

Dear Judge McCormick,

I am writing this letter in support of Joseph Alvarez and to attest to his character. I have known Joey for over seven years. I met Joey while he was an attendee of a church retreat called "Christ Renews His Parish", in which I functioned as the lay-director, and sponsored by St. Thomas More Catholic Church in Irvine, California.

After the retreat, Joey joined our men's Bible study and became active in the men's ministries at St. Thomas More. I saw him as a devoted father and husband who was always seeking to help those less fortunate than himself, whether in their personal or business lives.

I found out that Joey was involved in the homecare business. It was soon apparent to me that he cared for the welfare of not only the elderly in his homes, but also for their caregivers. He was aware of the abusive conditions that caregivers work under in much of the industry and he wanted to change that. He shared his vision with me regarding this, and he saw the future of residential Sixbed care homes through a new paradigm, which was the instilling of a "family" environment in each care home; a new relationship, both professional and personal, between the caregivers and those they cared for.

He asked for advice on how he could help caregivers become entrepreneurs and eventually become owners of their own Sixbed care homes, thus giving them incentive to build the kind of environment that Joey envisioned. He asked for my advice specifically, because I am in the tax and accounting field. As we talked, we came to the conclusion that the caregivers, as employees, would not be able to "grow" and learn how to operate and be owners of their own care homes or even open their own caregiving services as the present business model stood.

Joey was aware that the pride of ownership, which gives one the desire to do something better than it is being done, would benefit not only the caregivers, but the elderly living in the homes, as well. However, he would naturally need the support and willingness of the caregivers to move forward, and they agreed. A partnership was formed with the caregivers in the knowledge and agreement that they would be receiving K1s for their earnings and would be filing returns to pay their taxes, both income and self-employment taxes, which to my knowledge, all the partners did. Income taxes as well as social security taxes in the form of self-employment taxes were to be paid by each partner. There was never at any time money stolen or misappropriated from the

partnership to which the caregivers were entitled. There were discussions regarding the employee-employer relationship issue, but because of the goal of both Joey and the caregivers, it was not considered a problem. To the shock of all involved, the DOL felt differently. Because of the ruling concerning the employee-employer relationship of the LLC, the LLC was dissolved, and any remaining assets were distributed to the members. However, this letter is not to argue the merits of the employee-employer relationship, but to attest to Joey's character.

In the discussions between Joey and I, mentioned above, there was no talk of evading taxes, defrauding caregivers or of pressuring the caregivers to agree to the new arrangement. If there were, I would not be writing this letter. On the contrary, the discussions always centered on how the everyday practices of the homes would benefit residents if the caregivers were partner/owners or if they were employees. In our opinion, the pros of being a partner greatly outweighed being an employee.

Joey's intent has always been to protect and benefit caregivers financially and to provide a means by which they could grow in self-worth, owing and growing their own businesses into something productive and beneficial; not only within the industry, but to the community at large; something they could take pride in, and would allow them to remove themselves out from under the whims of an abusive employer. If you know anything about the smaller business models within the elder care industry, you must be aware that this is a common occurrence, one that leads to frequent caregiver burnout, which leads to negligent care of the elders under their care. At this point in time, I believe that some of the caregivers in question have gone on to establish their own profitable caregiving businesses.

I am not sure if the court or the prosecution has considered interviewing any of the caregivers or the family members of those they provide care for, but I would encourage both the court and the prosecution to do so, or to visit the homes in question and see for themselves. I believe my assessment of the situation will be verified.

It would be a great travesty, considering both his motives as well as his documented business practices throughout, if Joey were to be sentenced to prison for any length of time. He has paid heavily for trying to bring his vision to reality. In light of all this, I would ask for the court's wisdom and discernment to prevail in this sentencing proceeding. Not only for Joey, but for his children to whom he is a devoted father and wife Marian to whom he is a devoted husband.

I thank you in advance for your time to read this letter, and I pray that this letter and other letters will attest to you of Joey's character, his heart, and his intentions in this situation as well as in the whole of his life.

Respectfully yours,

Randall Mah.

February 6, 2019
Honorable Douglas F. McCormick
United States Magistrate Judge
United States Court House
Santa Ana, California 92701

Re: ALVAREZ, Joseph
Docket No. 0973 8:18CR00048-1

Dear Judge McCormick,

My name is Steve Martinson and I have known Joey Alvarez and his wife and girls for many years. I am also the owner and operator of a similar type of health care business, in which my home takes care of 6 people in a home environment. I have a staff of healthcare workers that I employ 24 hours per day, 7 days per week. These types of Home Care businesses do present a dichotomy between the laws and rules of the Franchise Tax Board, the Labor Board, and the Department of Social Services, California Department of Public Health.

I would like to Testify as to the Character of Joey Alvarez. Joey is a man with a very high moral standard for himself, however he does not hold others to the same standards. Within that gap Joey has developed the Virtue of Humility. A Virtue that is lost in this world, in this day and age where even good people have self serving agendas, there are very few humble people. If Humility was Joeys only quality, that would be enough to set him apart as having a good quality of character. However, Joey is also selfless and giving, he has compassion for others and he shares his Joy with everyone. To know the Character of Joey, you would need to spend time with him, you would have to interview the people that know him, you would have to know much more then what is written on court papers, or what his accusers would say about him. One of Joeys most noble virtues would not allow him to fight back or stand up for himself, he is humble.

In many countries, when Mom and Dad get older and need some additional help, the kids move them into their house. The family takes a break from their own lives and gives back to their parents, or grandparents. In California, we start looking for someone else to take care of our parents or grandparents. We hire people to go to their homes, we look for more permanent placement and send Mom or Dad to an assisted living facility, nursing home, or a Residential Care Facility. A list of very complicated emotions are experienced at this crossroads at this point in the family journey. Joey has found his purpose in life at this crossroads. If I were ever in the position where I needed to send my Mom for daily living help, I would not hesitate to ask Joey to guide us thru the treacherous waters. Our healthcare system is very broken, not every patient gets the help they need or deserve, many of these facilities are understaffed with workers that have lost sight of why they are working there, they earn minimum wage for a very difficult job. Social Services and CDPH, have very specific rules and Minimum standards that must be met, and in dichotomy with the California Department of Labor and Franchise Tax Board.

I have first hand experience working with patients and families that need much more than they can afford to pay.  As the owner of a facility myself, I often must turn away people because they don't have enough money to pay my monthly fee for care.  The need for good care is very high, but more often than not, the family just doesn't have enough money to pay for the service.  I have first hand accounts of Joey admitting residents that don't have enough money to pay the monthly fee.  I recall one patient in particular, a young man that had a Traumatic Brain Injury and the family had no resources to take care of him.  Joey took him in to one of his homes for Free, and cared for him for months before he was able to negotiate funding thru a waiver program offered by the state.  Joey is selfless and works constantly to make this world a better place.  He does this in his own small way by doing what is good and compassionate.  Joey is thoughtful and creative, he is always trying to make things better.  In the world of Healthcare it is easy to find someone in need of an answer to a life and death problem.  It takes a special person to put themselves in the middle of the most stressful situation in someone else family.  As I stated earlier, our healthcare system is broken, it is expensive, but underfunded, emotionally charged with luke warm caregivers because they are burnt out and mostly unappreciated.  Regardless of what is best for a particular patient, there are certain rules that must be followed, fees and taxes that must be paid, and liabilities that must be taken into consideration and accounted for.  Remember, this is the life and death and the quality of life that is determined for the person you love the most in life.  The system is broken mainly because the quality of care received is predicated on the one person that is the advocate for that one patient.

Joey succeeded at creating an environment and a culture that is Life-giving and a positive family experience for the residents, the families, and the caregivers.  Making the caregivers owners of the business, and advocates of the patients giving them a stake in the results of the care that they provide.  Joeys ideas have revolutionized and revitalized the relationships between the patients and the caregivers, and the families of the patients.  I believe that if you were allowed to speak to some of the caregivers and families of the patients you would discover a consistent theme.  You would certainly find that there would be far more blessed, then not.

Your Honor, I can not speak to the legal matters of this case, but I can speak to the justice of it.  The incarceration of Joey would not serve the interest of anyone.  It would only deprive the few people in the world that are lucky enough to come across his path, of his generosity and other virtues.

Thank you for taking the time to read my letter.

God Bless your work today,


Steven Martinson
714 747-6546

BRAND ESSENCE SOLUTIONS • ronaaron.o@gmail.com • 949 244-1974

BrandEssence

February 5, 2019

Honorable Magistrate
Judge Douglas F. McCormick
United States District Court
411 W. 4th Street
Santa Ana, CA 92701

Re: Joey Alvarez                        (USA v. Alvarez; Case # 8:18-cr-00048-DFM)

My name is Ron Ovadia. I am the head of Brand Essence Solutions and formerly Executive
Creative Director for Pacific Communications, Orange County's largest healthcare advertising
agency. I am also someone who has had the great privilege of working closely with Joey Alvarez
and CareAgape Senior Homes for two years, on marketing and messaging. I have come to know
Mr. Alvarez as a hard-working, caring, family man who is an asset to the community, providing
senior residence homes throughout the county that are a blessing to seniors and their families.

I have visited several of these homes and have seen firsthand the level of care provided, the
happiness in the residents, and the genuine attention and kindness Mr. Alvarez shows. I believe
helping seniors is his mission in life, and I would hate to see him deprived of that opportunity.

I understand Mr. Alvarez has had some legal problems. While I am not here to dispute the
charges against him, I find it hard to believe that those who are supposed victims of his actions
would testify against him if given the opportunity. That said, Mr. Alvarez feels a great deal of
remorse for any wrongdoing, even if it was not intentional or malicious, as I suspect it wasn't. At
this point, he wants very much to learn from this whole experience and move on with his life,
continuing to give back to the community in any way he can.

Any sentence that might involve prison time would be a tremendous hardship to Mr. Alvarez's
wife and three young daughters. It would also be a hardship to the senior homes whose caregivers
look to Joey for guidance and support. In my opinion, it would also be excessive punishment.

I hope you will weigh whatever civil action that has been brought against the defendant with his
character. Mr. Alvarez is an honest, decent man who, if guilty of any transgression, was likely
unfamiliar with the labor laws involved. He is not a criminal or a man who deserves to go to jail.

Thank you for any consideration and leniency.

Yours,

*Ron Ovadia*
Ron Ovadia, PhD

February 7, 2019

The Honorable Judge Douglas F. McCormick

Re: JOEY ALVAREZ

My name is Gideon Limpiado and one of the members of the Agape Carepartners. I am writing this letter on behalf of Joey Alvarez, I call him boss, business partner, and a good friend.

I've known Joey for almost 9 years. He is a very kind, fair and honest person. Through Joey's hard work and his dedication to the caregiving for the elderly community expanded, he was and is able to provide us a jobs opportunity. I have seen him over the years, help several people without asking or thinking of any return. He's a type of person who will never say NO if you ask some favor.

He has always had a keen interest in doing something for the society specially the elderly community. I remember one of our residents who is very hard to take care and always gives us a lot of trouble.  We asked him why not send him (Ron) to a more secure and safe a facility for his condition. Joey said that he sees his own DAD on him and our goal is to take care, give them love as a family and a quality life they deserved. And he also pointed out that this people need our patience and understanding. I remembered Joey telling me that "its not part of our mission/vision to evict or send someone out but we welcome them in our facility and give them love and care were others can't".

I am aware that Joey Alvarez is being tried because he has supposedly broken the law. I strongly feel that if that if that's the case it would be better to serve the community and Joey that he be not sent to prison. Sentencing him to a term in prison would only cause the society to lose a citizen who could be a valuable asset.

Joey is also a family man. He's a good husband to his wife and a dedicated Dad to his 3 daughters. He always sees to it that weekends is for the family. We can see him how he take care of his family. He's with them in any school activity. His a all season to his wife and daughters. We even have numerous time that were able to go with them for free in those vacations.

Joey Alvarez is a good person who like others deserves a chance. I humbly ask you to give him an opportunity to set his life back and let a bad decision alter his life's direction.

If you have any further questions, please fell free to contact me on 562-365-4155.

Yours sincerely,

**Gideon Limpado**

February 6, 2019

Dear Honorable Magistrate, Judge Douglas F. Mc Cormick,

Since I met Joseph Alvarez, I have known him to be a good person, a good family man, a good friend to all people around him. I feel so blessed and so comfortable working with him as my peer in the senior care industry. I call him boss out of respect, and a cultural term for respect in our original Country, The Philippines. He has never acted like a boss but a mentor helping me learn how to run and operate senior homes, but the bottom line is we take care of seniors and attend to families' needs. We are both caregivers at heart. He has always been helpful to me and most of all has been a good friend to me. I have in many occasions borrowed money from him, gone to him when I have problems and he is always there for me as a friend. I consider him a brother. When we have resident move ins, he is always there ready to pick up the seniors' things with his truck, free of charge to the families. When a resident needs to be taken to the doctor and the family cannot take them to the doctor, I call Joey for assistance with my resident's needs and he is always there if his schedule permits to drive the residents to their doctor's appointments. To the outside world he looks like a savvy businessman, but at the end of the day we are both caregivers, God loving men, brother's in Christ, and a family man, provider to our families. Please have the heart of consideration, as you make your decision regarding his sentencing. I know that I have been named as one of his victims. I am here to tell the truth, that Joey Alvarez has never harmed me in any way. Please keep him out of jail because the community needs him. He helps a lot of caregivers, seniors, families and anyone in the community who needs help. I care deeply for his family, his wife and kids, as he has always cared for my welfare. Thank you so much for your time.

Sincerely,

Remigio Villanueva

February 6, 2019

This letter is a sympathy request to honorable Judge F. McCormick.  I am Rowel Rivera, caregiver and personal friend of Joey U. Alvarez.  Please forgive my friend and co worker in the senior care business for any wrongdoing he may have done to the Federal Government.  I was named as one of the possible victims.  Thank you for taking time to read this and to allow me to testify that Joey Alvarez is a good man and has never forced me to do anything.  He has always been good to me and always helps me for anything that I need.  I love his family and care for his children.  Please keep him a free man as his wife and children need him.   Caregivers like me and the seniors that we take care of depend on his guidance and help.  I am so saddened that Joey is going through all this trouble and accusations when all I have seen him done is help everyone around him.  I testify under God, that Joey Alvarez is a good man and I am asking for your consideration to keep him out of jail.  Joey Alvarez is a God loving family man who has been helping the community.   Him being in jail would be a loss to me and the community.

Sincerely,

Rowel Rivera

FEBRUARY 6, 2019

DEAR YOUR HONOR,

MY NAME IS VENFER SUPAN, I AM CAREGIVER, CAREPARTNER WHO HAS BEEN WORKING AT AGAPE COTTAGE SINCE 2011. I AM ALSO A MEMBER OF AGAPE COTTAGE CAREPARTNERS LLC. I HAVE BEEN IDENTIFIED AS POSSIBLE VICTIM ON CRIME THAT MR. JOEY ALVAREZ HAS BEEN ACCUSED OF AND PLEADED GUILTY TO.

I AM WRITING THIS LETTER TO ASK FOR YOUR TIME TO BE ABLE TO TELL THE TRUTH THAT, MY BOSS AND PARTNER IN BUSINESS JOEY ALVAREZ HAS BEEN GOOD TO ME AND MY FAMILY. HE HAS BEEN HELPING ME AND MY FAMILY SINCE I MET HIM. WHEN MY DAUGHTER NEEDED EYE SURGERY, HE LENT ME MONEY TO COVER COST. WHEN MY FAMILY NEEDED A HOME IN THE PHILIPPINES, HE GAVE ME MONEY TO HELP ME PURCHASED THE HOME TO ACCOMODATE MY FAMILY'S NEED. HE HAS BEEN MY GO TO PERSON IN TIMES OF NEED AND HE HAS BEEN THERE FOR ME IN ANYTHING I ASK HIM TO HELP ME OUT ON. HE HAS INFLUENCED ME TO HAVE A CLOSER RELATIONSHIP WITH GOD. HE GAVE ME ADVICE ON HOW TO HANDLE SOME PERSONAL PROBLEM. I CONSIDER HIM A GOOD AND TRUSTED FRIEND WHO HAS ALWAYS BEEN THERE FOR ME. I PRAY TO GOD THAT YOU WOULD SEE THAT JOEY ALVAREZ IS A GOOD MAN WHO HAVE ALWAYS BEEN GOOD TO ME AND OTHER PEOPLE AROUND HIM. PLEASE KEEP HIM A FREE MAN SO THAT HE CONTINUE TO HELP PEOPLE LIKE ME AND THE SENIORS IN THE COMMUNITY THAT WE ALL SERVE.

THANK YOU AGAIN FOR YOUR TIME IN READING THIS.

SINCERELY,

VENFER SUPAN

February 6, 2019

To the Judge Douglas F. McCormick,

I met Joey Alvarez since May 13, 2011. I have been working closely with him taking care of seniors since then. We have been having fun at work serving the seniors and at the same time we have been like family to each other and the seniors we take care of. Since I met him, he has talked about how the seniors deserve to be treated like family and caregivers are the heart of the senior homes. He has always valued the work that we do and treated me, my family and the people around him with love and respect. He has always encouraged us to stay close with God and to keep a balanced life with work and personal life, that it cannot be all about work and that we should enjoy life and take time to relax and enjoy. When my family was affected by the typhoon Yolanda in the Philippines, my family lost everything, our house and personal belongings. I went to him and asked for help to assist me financially to recover from all that we lost. He gave me money so my family can rebuild a home, to survive and buy our basic necessities again. When I need help for simple things like buying are new computer for my kids or any emergencies, he is always there to help me. When I got sick he helped me right away and asked my sister to take me to the doctor and he gave me money to pay for the costs. Anytime, I just need a friend to talk with, laugh with, he is there for me and my family. He is a big and important part of my life and thankful for the friendship that he has extended. He does not just treat me as a friend but as a family. Please see that Joey Alvarez is a good man. I know that the government has accused him of taking advantage of me and forcing me to return money. I am a member of Agape Cottage Carepartners, LLC and accepted the money that Labor Department ordered. I decided to return the money to my own company, Agape Cottage Carepartners, LLC at my own will.

I thank you in advance in giving me a chance to speak. Please keep, my friend, Joey Alvarez out of jail as a lot of people like me who he continues to help, depends on him. We also ask him for help a lot in our care giving business. A lot of people depend on him. If you want to speak to me to ask me anything, you can call me at (714) 401-3311. I testify that Joey Alvarez is a good man.

Sincerely,

Maruja Camillon

FEBRUARY 2, 2019

TO THE FEDERAL JUDGE,

I MET JOEY (JOSEPH ALVAREZ) MAY 2013 APPLYING CAREGIVING JOB LUCKILY I WAS HIRED AND STARTED WORKING MID JUNE OF THAT SAME YEAR HE'S BEEN VERY ACOMODATING TO ME AND ASKING ME WHAT I NEED AND HOW'S MY DAY GOING ON MY FIRST DAY OF WORK AT AGAPE COTTAGE. AS THE DAY GOES BY WORKING AT DIFFERENT AGAPE HOMES, I FEEL SO WELCOME AND COMFORTABLE WORKING WITH HIM AS MY BOSS. WE ALSO DEVELOP FRIENDSHIP AS WE HAD THE SAME FASHION ON RIDING BYCYCE, WENT TO DIFFERENT PLACES. PERSONALLY I LIKE HIM AS PERSON WHO CARE FOR THE WELFARE OF PEOPLE AROUND HIM HE NEVER TREAT US AS AN EMPLOYEE HE TREAT US AS FAMILY. I HOPE AND PRAY THAT GOD WILL PROVIDE HIM THE LIFE THAT HE DESERVE WITH HIS WIFE AND CHILDREN. MAY ALMIGHTY GOD BLESS HIM A FREE LIFE AND AWAY FROM HARM...

YOURS TRULY,

CONRADO SANTA CRUZ

February 6, 2019

Dear Honorable Magistrate, Judge Douglas F. McCormick,

I am writing this letter to humbly request your kind consideration and forgiveness to my husband, Joseph U. Alvarez, in your sentencing decision. I ask with a grieving heart for your consideration to see and consider Joey's good character as a family man who is a loving, kind, responsible, attentive, and active father and husband to our family. Everyday Joey and I eat breakfast with our children and he takes our daughters to school daily because he wants to make sure to start the day with our children before we go to work to serve the senior community. With the many conversations that I have had with Joey, he is heartily sorry for any misdeeds he may have done that offended or hurt anyone or any laws that he broke. He has always had high hopes and dreams for the caregivers we work with and always dreamt of bringing back a "FAMILY" relationship and environment to the seniors who are so vulnerable and require a nurturing and loving family environment. With his desire for bringing "Family" in our senior homes, he has thought "outside of the box" with trying to partner with caregivers but in the process offended the Labor Department and the Government. I am truly sorry as I speak as his other half, to anyone, my husband has offended or hurt. This whole ordeal has been hard for me as I try my best to focus my energy and attention to something that would bear and grow good fruits, as I choose to continue to focus on God, our family, our children, the seniors, the caregivers, the homeless, and the brain injury population that we are committed to helping. It is my prayer and my request that through this painful ordeal, something beautiful and progressive will be born. I ask with humility, for your consideration, that instead of locking up Joey in prison, that you would have mercy upon Joey and my family to sentence Joey with more community service, to serve the people that we love; the seniors, the caregivers, the homeless, the brain injury, people with assistance in daily living needs. He is a good person who is a productive part of society who continues to serve the community and who remains to have a desire to keep helping despite the challenges our family and he has been through. Please keep Joey out of jail as our family depends greatly on him.

I speak with a grateful heart to you, your honor for being generous with your time to read my plea for mercy on my husband, Joseph Alvarez. Your time, attention, and consideration is something I am truly thankful to Almighty God for.

With Sincerity and Respect,

Marian Mejia

To the Honorable Judge Douglas F. McCormick:


I have worked with Joey Alvarez and Agape for several years now in the capacity of caregiving administration and ownership in caring for the Elderly. I began in this business during a time when I and my Family had lost everything and were living in a hotel. At such time, Joey Alvarez gave me work and the opportunity to grow in this business, for which I am grateful. I have worked side-by-side with Joey Alvarez and most of, if not all of, the Care Partners since I began in this industry. I am aware of the allegations brought against Mr. Alvarez by the labor department. I can say with certainty that I personally have never seen or heard Mr. Alvarez act inappropriately or in a manner of forcing the Care Partners to do anything against their will. I've watched him treat the Care Partners, their Families and the Elderly with the upmost respect. I know Joey as my business partner and I know him as a wonderful Father to his three young Daughters. I respectfully ask that you consider my letter when reviewing your decision. Thank you for you time.

February 5, 2019

Honorable Magistrate
Judge Douglas F. McCormick United States District Court 411 W. 4th Street
Santa Ana, CA 92701

Re: Joey Alvarez                    (USA v. Alvarez; Case# 8: l 8-cr-00048-DFM)

Your Honor:

My name is Jeff Turcotte. I reside in Irvine in Orange County and have been acquainted with
Joey Alvarez for more than 5 years.  He and his family attend the same church I do, and he and I
have attended Bible studies and a weekend retreat together.

Whereas I have been only peripherally aware of his legal problem in this regard, I am concerned
for his family and the many elders/seniors he helps to provide for via his business.  I am
certainly not qualified to comment on his guilt or innocence with regard to this matter, but I
feel very comfortable declaring that any wrongdoing was out of ignorance or misunderstanding
as opposed to any overt effort to avoid or mitigate his tax liabilities.  I know Joey as an honest
and God-fearing man.

His primary goal and mission are to provide family-like love and care for elders whose families
can or will not do so.  He truly cares and has created a new paradigm for the care of our seniors
in southern California.  I believe that everyone involved in providing caregiving in any and all
CareAgape homes would relate to you that his heart is in the right place and that none of them
was treated unfairly or with any malice or greed.

I know that he has no doubt learned from this experience and he will remedy any and all
processes, practices or behaviors related to this particular matter.  In my humble opinion, he is
not the type of person who belongs in jail. He belongs with his immediate family of three
daughters and a loving wife. Additionally, he belongs in a position of furthering his delivery of
loving care of seniors in environments that nurture them, care for them and treat them as
family.

I respectfully ask that you judge him with leniency and mercy – and permit him to advance his
mission to serve the elderly – in total compliance with all applicable laws.  I appreciate your
consideration on his behalf.

Respectfully,

Jeffrey Turcotte