

# NEWMEYER & DILLION LLP
ATTORNEYS AT LAW

FRANCIS E. QUINLAN
Francis.Quinlan@ndlf.com

File No.:
3639.101

March 12, 2019

Hon. Douglas F. McCormick
United States Magistrate Judge
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street, Suite 4170
Santa Ana, CA 92701-4597

Re:  ALVAREZ, JOSEPH
    Docket No. 0973 8:18CR00048-1

Dear Judge McCormick:

Please find an additional letter in support of Mr. Alvarez.

Very truly yours,

Francis E. Quinlan

FEQ:mag

Enclosure

1333 N. CALIFORNIA BLVD
SUITE 600
WALNUT CREEK, CA 94596
T 925 988 3200
F 925 988 3290

895 DOVE STREET
5TH FLOOR
NEWPORT BEACH, CA 92660
T 949 854 7000
F 949 854 7099

3800 HOWARD HUGHES PKWY
SUITE 700
LAS VEGAS, NV 89169
T 702 777 7500
F 702 777 7599

3639.101 / 8087380.1

February 11, 2019
Honorable Douglas F. McCormick
United States Magistrate Judge
United States Court House
Santa Ana, California 92701

Re: ALVAREZ, Joseph
Docket No. 0973 8:18CR00048-1

Dear Judge McCormick,

My name is Sean Foy, founding principle and President of Personal Wellness Corporation, a California-based international wellness-consulting firm. I am writing this letter to you to share with you my thoughts related to my relationship and experience with Joseph, aka: "Joey" Alvarez.

I met Joey at a time in my life that was very challenging. My father had been diagnosed with Alzheimers and our family was looking for a long term care facility for him. We learned of Agape Cottages, Joey's organization, through a mutual friend who highly recommended his services. As a family, we weren't sure if placing my father in long term care would be the right decision, until we met Joey. From the first day we met, Joey treated my father and our family like we were a member of the Alvarez family. I assumed with Joey being the owner of Agape Cottages I would interact with him only on the admission of my father. I was incredibly and pleasantly surprised that Joey would regularly visit my father and the other guests of the home, seeing him weekly. Joey also regularly hosted parties for all the families to gather together at the Agape home and made it a point to know each and everyone of the family members personally. My father was so well taken care of that he felt as if he was home and his remaining time on this earth was both meaningful, peaceful and joyful.

Not only was Joey's care exceptional and personal but his management and support of his staff was stellar. As a founder and President of my own business and working as a wellness consultant in Corporate America for the last 25 years I have never seen a more positive work environment. Every time I was there to visit my father, which was often, I was overjoyed to see how much Joey's staff loved my father and the others there in Agape Cottages. This type of care does not happen by chance. Joey's leadership, love and care for each of the staff was evident in their daily work and all they did to bless those in Agape Cottages.

My father spent his last days on this earth as a "family members" of Agape Cottages, but my relationship with Joey continued. Joey is a regular attender to our Men's weekly fellowship group at our church in Yorba Linda and over the last six years I have come to know Joey as a close and personal friend. I have had the opportunity to see Joey's love and compassion for others outside of work and also have witnessed his passion to make an impact for others, especially the elderly.

I have observed Joey in various situations throughout our relationship together and have seen him in all instances maintain the greatest commitment to selfless leadership, tireless service to others, the highest level of integrity and humility, a deep and abounding resilience and a devotion and loyalty to his family, friends, coworkers and all he comes in contact with.

It is a rarity to meet and work with an individual with the number and gifts and talents Joey possesses. He has displayed these strengths in his personal life, his love and devotion to his wife and daughters and through Agape Cottages. His commitment to achieve only the highest of standards for himself is contagious and encourages all who come into contact with him to give and be their very best. I know this personally, as he has had a significant influence upon my life, as well as watching those who know him have only the highest respect and admiration for him.

I am very much interested in Joey's future and would be happy to speak with anyone, should you have any questions or need additional information.

Sincerely,

Sean Foy, MA

Founder/President

Personal Wellness Corporation

sean@personallyfit.com

714. 306-3172