# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   SACR18-00048-DFM                                              Date:  March 14, 2019

Present:  The Honorable:   DOUGLAS F. McCORMICK

| Nancy Boehme | CS 03/14/2019 | Daniel Anh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JOSEPH ALVAREZ | | X | Francis Quinlan | X | | | None |

PROCEEDINGS:   **SENTENCING AND JUDGMENT**   ☐ Contested   ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

- [X] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. ___ Refer to separate Judgment Order.
- [ ] Imprisonment for ___ years/months on each of count(s) _____
     Count(s) _____ concurrent/consecutive to count(s) _____
- [ ] Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
- [ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- [ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- [ ] ___ years/months Supervised Release/Probation imposed on count(s) _____
- [ ] consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     - [ ] Perform ___ hours of community service.   [ ] Pay ___ fine amounts & times determined by P/O.
     - [ ] Serve ___ in a CCC/CTC.   [ ] Make $___ restitution in amounts & times determined by PO.
     - [ ] Participate in a program for treatment of narcotic/alcohol addiction.
     - [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     - [ ] Other conditions: _____
- [ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [ ] Pay $_____ per count, special assessment to the United states for a total of $_____
- [ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- [ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [X] Defendant informed of right to appeal.
- [ ] ORDER sentencing transcript for Sentencing Commission.   [ ] Processed statement of reasons
- [X] Bond Exonerated   [ ] upon surrender   [ ] upon service of _____
- [ ] Execution of sentence is stayed until 12 noon, _____,
     at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
- [ ] Issued Remand/Release # _____
- [ ] Present bond to continue as bond on appeal.   [ ] Appeal bond set at $_____
- [ ] Filed and distributed judgment. ENTERED.
- [X] Other   Eunice Habig, USPO also present.

cc:                                                                                            : 15
                                                                 **Initials of Deputy Clerk**   nb

CR-90 (05/15)                        Criminal Minutes – General                        Page 1 of 1